```
MIME-Version:1.0
From:flnd_flncmecf@flnd.uscourts.gov
To:flnd_clerk@flnd.uscourts.gov
Bcc:flnd_kornblum@flnd.uscourts.gov,flnd_rodgers@flnd.uscourts.gov
Message-Id:<1486015@flnd.uscourts.gov>
Subject:Activity in Case 5:06-cv-00126-MCR-AK TOOLE v. MCDONOUGH "Filing Fee Received"
Content-Type: text/html
```

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Northern District of Florida - District Version 2.5

Notice of Electronic Filing

The following transaction was received from deb, Gainesville entered on 7/18/2006 at 7:46 AM CDT and filed on 7/17/2006

**Case Name:**       TOOLE v. MCDONOUGH
**Case Number:**     5:06-cv-126
**Filer:**
**Document Number:** 3

**Docket Text:**
Filing fee: $ 5.00, receipt number 100-101883 (deb, Gainesville)

The following document(s) are associated with this transaction:

**5:06-cv-126 Notice will be electronically mailed to:**

**5:06-cv-126 Notice will be delivered by other means to:**

HOWARD GLEN TOOLE
C-917683
APALACHEE CORRECTIONAL INSTITUTION
52 WEST UNIT DRIVE WEST
SNEADS, FL 32460

3