# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HOWARD GLEN TOOLE,

    Petitioner,

v.                                          CASE NO.: 5:06cv00126/MCR/AK

JAMES MCDONOUGH,

    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 20, 2006. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of any portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation, Doc. 2, is adopted and incorporated by reference in this order.

2. This cause is hereby TRANSFERRED to the United States District Court for the Middle District of Alabama.

**DONE AND ORDERED** this 27th day of July, 2006.

                                  s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**