# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

HOWARD GLEN TOOLE

    VS                                                                 CASE NO. 5:06cv126/MCR/AK

JAMES MCDONOUGH

## NOTICE OF TRANSFER OUT OF DISTRICT

**To:**    CLERK, UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF ALABAMA
        PO BOX 711
        MONTGOMERY, AL 36101-0711

The above-styled case is being transferred to your district by Judge M. Casey Rodgers. Attached are a certified copy of the docket, a certified copy of the order of transfer, and all other original documents filed to date.

Please acknowledge receipt on the enclosed copy of this notice of transmittal.

                                        WILLIAM M. McCOOL, CLERK OF COURT

July 28, 2006                            /s/ Teresa Cole
DATE:                                  Deputy Clerk: Teresa Cole

Acknowledgment:
Date received in your district:
Your Case No.:

Document No.