IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683　　*

　　Petitioner,　　　　　　　　　　*

　　　　v.　　　　　　　　　　　　*　　　2:06-CV-696-MHT

JAMES MCDONOUGH, *et al.*,　　　　*

　　Respondents.　　　　　　　　　*

_____

**O R D E R**

The court received the above-captioned petition for filing on August 9, 2006.[1] A review of the petition reflects that Petitioner seeks to challenge the judgments of more than one state court. Specifically, Petitioner asserts claims for relief against judgments entered against him by both the Circuit Court for Coffee County, Alabama, and the Circuit Court for Pike County, Alabama. Petitioner may not challenge the judgment(s) of separate state courts in a single petition. *See* Rule 2(d), *Rules Governing Section 2254 Cases in the United States District Courts*.

Accordingly, the Clerk is DIRECTED to:

1. Open two separate civil actions - one for each separate state court judgment(s) Petitioner seeks to challenge;

2. Assign the newly opened case to the Magistrate Judge and District Judge to which the instant cause of action is assigned;

---

[1] Petitioner originally filed his petition on June 13, 2006 in the United States District Court for the Northern District of Florida. By order entered July 27, 2006 the United States District Court for the Northern District of Florida directed that Petitioner's habeas petition be transferred to this court.

3. Place a copy of the petition filed by Petitioner in the instant action in the newly opened case file;

4. Refer these case files to the appropriate Magistrate Judge for further proceedings upon completion of the foregoing directives.

Done, this 10th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE