IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683      *

   Petitioner,                               *

      v.                                            *          1:06-CV-696-MHT

JAMES MCDONOUGH, *et al.*,              *

   Respondents.                            *

_____

**O R D E R**

For good cause, it is

ORDERED that the court's order entered August 11, 2006 be and is hereby VACATED.

Done this day 15th day of August 2006.


                                                        /s/ Vanzetta Penn McPherson
                                                         VANZETTA PENN MCPHERSON
                                                         UNITED STATES MAGISTRATE JUDGE