IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683  *

   Petitioner,  *

    v.  *  1:06-CV-696-MHT

JAMES MCDONOUGH, *et al.*,  *

   Respondents.  *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time, and for good cause, it is ORDERED that

1. Petitioner's motion (Doc. No. 11) be and is hereby GRANTED;

2. Petitioner is GRANTED an extension from August 29, 2006 to September 11, 2006 to comply with the court's August 14, 2006 order. .

Done, this day 22nd day of August 2006.

                /s/ Vanzetta Penn McPherson
                VANZETTA PENN MCPHERSON
                UNITED STATES MAGISTRATE JUDGE