IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683     *

    Petitioner,     *

      v.     *     1:06-CV-696-MHT

JAMES MCDONOUGH, *et al.*,     *

    Respondents.     *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion to clarify filed August 21, 2006, and for good cause, it is

ORDERED that the motion (Doc. No. 10) be and is hereby GRANTED.

Petitioner is advised as follows:

1. The above-captioned action has been accepted and filed by the court as a habeas corpus application under 28 U.S.C. § 2254;

2. Petitioner is under order to file a corrected petition in this civil action which challenges only the judgment(s) entered against him by the Circuit Court for Coffee County, Alabama;[1]

3. Petitioner may utilize and/or re-assert the issues and arguments contained in his original habeas corpus application for purposes of complying with the court's August 14, 2006 order insofar as the arguments are applicable to the conviction and sentence entered

---

[1] A separate civil action has been opened and filed as an application under 28 U.S.C. § 2254 for purposes of allowing Petitioner to challenge the judgment(s) entered against him by the Circuit Court for Pike County, Alabama. *See Toole v. McDonough*, Civil Action No. 2:06-CV-714-MHT.

against him by the Circuit Court for Coffee County, Alabama. *See* Rule 2(d), *Rules Governing Section 2254 Cases in the United States District Courts* ("A petition shall be limited to the assertion of a claim for relief against the judgment or judgments of a single state court (sitting in a county or other appropriate political subdivision). *If a petitioner desires to attack the validity of the judgments of two or more state courts under which he is in custody or may be subject to future custody, as the case may be, he shall do so by separate petitions*.") (Emphasis added). *See also* Rule 2(e), *Rules Governing Section 2254 Cases in the United States District Court*.

To the extent Petitioner's August 21, 2006 pleading may be construed as a motion to strike the court's August 14, 2006 order (Doc. No. 10), the motion is DENIED.

Done, this day 22nd day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE