# UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 AUG 31  A 9: 34

HOWARD G. TOOLE #917683,
PETITIONER / PLAINTIFF

V.

Case No: 1:06-CV-696-MHT

JAMES McDONOUGH, et. al.
TROY KING, ATTORNEY GEN.,
FOR THE STATE OF ALABAMA
DEFENDANT(S)/RESPONDENT(S)

Refer To: Hon. Vanzetta Penn McPherson, Magistrate Judge.

## MOTION FOR ENLARGMENT OF TIME

Comes now the Plaintiff, Howard G. Toole, pursuant to Rule 45 (b)., Federal Rules of Criminal Procedure, hereby files this, his Motion for enlargement of time, and moves this Honorable Court to extend the time the Petitioner has to Respond to this Court's ORDER, dated the 14th day of August, 2006., directing The Petitioner, that, "on or before the 29th day of August, 2006. He shall file a corrected Petition which challenges the Judgement of the, Coffee County, Circuit Court, for the State of ALABAMA." In compliance with, Federal Rules Governing, 28 U.S.C. § 2254., And Rule 2 (d)/Local Rule 9.1.

As grounds for this Motion for Enlargement of Time, the Petitioner States the following:

-1-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

1.) The Petitioner is not skilled in the law, neither State nor Federal, and he Relies on Law Clerks at the INSTITUTION'S Law Library to perfect his Petition. The Petitioner has just newly arrived at this INSTITUTION. There is no possible way that another Petition can be perfected in the Remaining time he has to Respond to the Deadline.

2.) The Petitioner was in transit from his previous Institution at Apalachee Corr. Inst. in Region 1, for seven (7) calendar days from the 17th day of August, to the 23rd day of August, 2006. This Courts ORDER directing the Petitioner to comply by the 29th day of August, 2006, was Not Received by the Petitioner until the 24th day of August, 2006. This allows the Petitioner only a bare bones (5) five days to comply with this Courts ORDER. SEE: APPENDIX #1, marked as such, INSTITUTIONAL Property Receipt, Reflecting the day the Petitioner shipped out. SEE: APPENDIX #2, Property Receipt from (C.F.R.C.) Central Fla. Reception Center, Reflecting Petitioner's arrival in Region #2, Also SEE: APPENDIX #3, PROPERTY Receipt from (Z.C.I.) Zephyrhills Corr. Inst. in Region #3, on the 23rd day of August, 2006. SEE: APPENDIX #4, The Clerks envelope marked Received on the 17th day of August 2006. The envelope also Reflects Zephyrhills C.I., docketing number (573) that establishes the date this INSTITUTION Received the Courts ORDER.

3.) The Petitioner will make every effort to comply with this Courts ORDER by the 29th day of August, 2006. This Request for enlargement of time is being made in good faith to insure that the Petitioner's Petition is properly and timely filed. However, the Petitioner's extraordinary circum-

-2-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

3.) continued

Stances dictate the impossibility of him acheiving this goal. The Law Clerks at this Institution, like the Law Clerk at the Petitioner's previous Institution are trained to meet the basic Research and directional needs of the inmate population. Be assured that our very best efforts on the part of the Petitioner will be asserted. Please keep the Petitioner appraised as to any procedural errors that may need corrected.

4.) The Petitioner has met with strengent Resistance from the Law Librarian at this INSTITUTION. She, Ms. Sadd, Refuses to allow Copies of the Petitioner's Petitions or his Motions. She asserts that, Chapter 33, of the FLORIDA DEPARTMENT OF CORRECTIONS, does not make allowences for the copying of out of State legal Materials. The Petitioner has made every effort to explain that the Petition, and his motions are in fact Federal Legal Documents. The Petitioner has shown her all his documentation from both the, U.S. District Court for the NORTHERN DIST. OF FLORIDA; and All ORDERS FORWARDED to the Petitioner from this COURT. ALL TO NO AVAIL.

The Petitioner has implemented chapter 33's, greivance proceedures in an effect to Resolve this issue. The Petitioner has put (MS. SADD) the Law Librarian on notice in his 1ST, INFORMAL GREIVANCE, of the many, "Constitutional VIOLATIONS" created by her actions. IN effect the Petitioner now has to hand write all his MOTIONS, and hand write any Required copies for the COURT AND His personal file. This has placed yet another

-3-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

4.) Continued.
Circumstance that impedes the Petitioner's efforts to comply
with this court's ORDERS, thereby coming dangerously close
to placing the Petitioner into Procedural Default.

5.) The Petitioner will make every effort to comply
with this Court's ORDERS. With that in mind, and the above
MENTIONED "EXTRAORDINARY CIRCUMSTANCES", The Petitioner
asks this HONORABLE COURT TO GRANT Him a Reasonable
amount of time, that will be amenable for both the Court
and the Petitioner. Rule 81 (a)(2), allows up to 40 days
to Respond. SEE: Rule 4. note(3), "The District Court has
discretion to grant 40 days or more".

The Petitioner submits this his "Motion for ENLARGEMENT OF
TIME" in good faith; and gives an "UNNOTARIZED OATH" that
the Reasons given above are statements of fact.

I, the Petitioner, Howard G. Toole, do hereby declare,
under penalty of perjury, sware and affirm that the fore-
going instrument, and the facts and matters stated herein are
true and correct, Sworn to this 27th day of August, 2006.

Howard Toole

HOWARD G TOOLE, #917683, E-1204-L
ZEPHYRHILLS CORRECTIONAL INSTITUTION
2739 GALL BLVD.
ZEPHYRHILLS, FLORIDA  33541- 9701

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished by U.S. Mail to the Hpnorable _CLERK OF THE COURT, MIDDLE DIST. AL. P.O. BOX 711 MONTGOMERY, AL. 36101-0711_, this _27th_ day of _AuGUST_, 200_6_, Via Institutional Mail Handlers.

_Norval Tool_ DC# _817683_

Zephyrhills Correctional Institution

2739 Gall Boulevard, M.B. # _E-1204-L_

Zephyrhills, Florida 33541

Petitioner has not at this time been made aware of any other parties that must Recieve copies of this motion. Please advise.

#59

*APPENDIX #1*

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**RECEIPT FOR PERSONAL PROPERTY**

Institution/Facility: _Apari Wlu_

Inmate Name and Number: _Toole, Howard  917683_

I.    I, the undersigned, do hereby acknowledge receipt of all
personal property belonging to me at:

_Apari Wlu_                    _Snreads_         , Florida
Institution/Facility           City or Town

This, the _17th_ day of _Aug_                    , 20 _06_ .

_Howard Toole_                         _817683_
Signature of Inmate Receiving Property        Number

II.   I, the undersigned, do hereby acknowledge receipt of all
personal property belonging to me with the exception of:

_____          _____

_____          _____

at _____       _____, Florida
   Institution/Facility           City or Town

This, the _____day of _____, 20_____.

_____    _____
Signature of Inmate                Number

The property belonging to the above-named individual has been
inspected by me on this date. All property that is being
transported with this individual has been found to be his
personal property and such property is authorized.

_B. Reed, CO Sgt_                _8/17/06_
Signature of Inspecting Officer  Rank     Date

Distribution:  Original  - Inmate Property File
               Copy      - Inmate

DC6-227 (Revised 11-00)

APPENDIX X
#2

**Department of Corrections**

**Inmate Personal Property List**
**(Please Print)**

Inmate Name ___Toole Howard___    Number ___917683___
Institution ___CERC/MU___    Date: ___8___ ___21___ ___06___

| Item | Number | ID # | Requested Disposition | Final Disposition | Date | Officer's Initials | Inmate's Initials |
|------|--------|------|----------------------|-------------------|------|---------------------|--------------------|
| Slides | 1 | — | R | R | 8/21/06 | | |
| Medication | Misc | — | R | R | 8/21/06 | | |
| Misc cosmetics | 2 | — | R | R | 8/21/06 | | |
| Tobacco | 1 | — | R | R | 8/21/06 | | |
| Prescription glasses | 1 | — | R | R | 8/21/06 | | |

(3) BOXES

Cash Total Amount ___Ø___    Retained ___Ø___    Amount Deposited ___Ø___

( ) I agree to mail the above items marked M from my own funds.
( ) I do not have the necessary funds for postage. However, I will obtain the necessary funds during the thirty (30) days allowed for disposition of these items.
( ) I agree that the above items marked D be disposed of by the state.

Request Items be Mailed To:

Name: _____    Witness: _____

Signature of Officer    Rank

Address: _____

___CERC/MU___    8    21    06
Institution or Community Facility    Date

Signature of Inmate    Toole 917683    21 06
Inmate Number    Date

**Distribution:**
White        -- To inmate when property is collected
Yellow       -- To property room when property is collected
Pink         -- To inmate's Personal Property file
Goldenrod    -- In package being mailed home or to inmate in case items are forfeited

Symbols indicate:    D - Dispose    R - Return to inmate
                     F - Forfeited    S - Stored
                     L - Lost/stolen    W - Worn out
                     M - To be mailed

DC6-224 (Revised 11-00)

STATE SHIRT - 1
T-SHIRT - 1
PANTS - 1
BOXERS - 1
SOCKS - 1
ITMT - 1

**Department of Corrections**

**Inmate Personal Property List**
**(Please Print)**

APPENDIX
# 3
Page 1 of 2

Inmate Name _Toole, Howard_    Number _917683_

Institution _ZCI_    Date: _8-23-06_

| Item | Number | ID # | Requested Disposition | Final Disposition | Date | Officer's Initials | Inmate's Initials |
|------|--------|------|----------------------|-------------------|------|--------------------|--------------------|
| Misc Legal Material | Assort | Used | R | R | 8-23-06 | PO | |
| Misc Letters/mail | Assort | | | | | | |
| Bible | 1 | | | | | | |
| Thermal Set | 1 pr | | | | | | |
| Soap Dish | 2 | | | | | | |
| Soap/Laundry Bag | 2 ea | | | | | | |
| Books | 8 | | | | | | |
| Lotion | 1 | | | | | | |
| Gel | 1 | | | | | | |
| Conditioner | 1 | | | | | | |
| Baby Powder | 1 | | | | | | |
| Coffee | 1 | | | | | | |
| Shower Slides | 1 | | | | | | |
| Eye Glasses | 2 | | | | | | |
| Eye Glass Case | 2 | | | | | | |
| Plastic Cup | 2 | | | | | | |
| Coffee Cup | 1 | | | | | | |
| Tooth Brush Case | 1 | | | | | | |
| Combo Lock | 1 | | | | | | |
| Baby Powder | 1 | Used | R | R | 8-23-06 | PO | |

Cash Total Amount _____∅_____    Retained _____∅_____    Amount Deposited _____∅_____

( )  I agree to mail the above items marked M from my own funds.
( )  I do not have the necessary funds for postage. However, I will obtain the necessary funds during the thirty (30) days allowed for disposition of these items.
( )  I agree that the above items marked D be disposed of by the state.

Request Items be Mailed To:

Name: _____

Address: _____
_____
_____

Witness: _Ro. L Small, fl_

Signature of Officer    Rank

_ZCI_    _8-23-06_
Institution or Community Facility    Date

_Howard_  _917683_    _8-23-06_
Signature of Inmate    Inmate Number    Date

**Distribution:**
White    -- To inmate when property is collected
Yellow    -- To property room when property is collected
Pink    -- To inmate's Personal Property file
Goldenrod    -- In package being mailed home or to inmate in case items are forfeited

**Symbols indicate:**    
D - Dispose    R - Return to inmate
F - Forfeited    S - Stored
L - Lost/stolen    W - Worn out
M - To be mailed

DC6-224 (Revised 11-00)

APPENDIX
#3
Page 2 of 2

## Department of Corrections

### Inmate Personal Property List
(Please Print)

Inmate Name _Toole, Howard_    Number _917683_

Institution _ZCI_    Date: _8-23-06_

| Item | Number | ID # | Requested Disposition | Final Disposition | Date | Officer's Initials | Inmate's Initials |
|------|--------|------|----------------------|-------------------|------|--------------------|--------------------|
| Koss Headphones | 1 | Used | R | R | 8-23-06 | PD | KS |
| Sony Radio | 1 | Used | R | R | 8-23-06 | PD | he |
| | | | | | | | |

Cash Total Amount _Ø_    Retained _Ø_    Amount Deposited _Ø_

( )  I agree to mail the above items marked M from my own funds.
( )  I do not have the necessary funds for postage. However, I will obtain the necessary funds during the thirty (30) days allowed for disposition of these items.
( )  I agree that the above items marked D be disposed of by the state.

Request Items be Mailed To:

Name: _____

Address: _____

Witness: _____

Signature of Officer _____ Rank ___

Institution or Community Facility _ZCI_    Date _8-23-06_

Signature of Inmate _____  Inmate Number _917683_  Date _8-23-06_

**Distribution:**
White       -- To inmate when property is collected
Yellow      -- To property room when property is collected
Pink        -- To inmate's Personal Property file
Goldenrod   -- In package being mailed home or to inmate in case items are forfeited

**Symbols indicate:**    D - Dispose    R - Return to inmate
F - Forfeited    S - Stored
L - Lost/stolen    W - Worn out
M - To be mailed

DC6-224 (Revised 11-00)



APPENDIX # 4

RECEIVED
AUG 17 2006
U.S. APACI W/U MAILROOM

573 - Zephyrhills

MONTGOMERY AL 361
15 AUG 2006 PM 4 L
Mailed From 36104
US POSTAGE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

ZEPHYRHILLS C.I.    573
2739 GALL BOULEVARD
ZEPHYRHILLS, FL 33541-9701