UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

HOWARD G. TOOLE, #917683,
PLAINTIFF,

V.

JAMES McDONOUGH, et. al.
TROY KING, ATTORNEY GENERAL
for the STATE OF ALABAMA,
DEFENDANT(S).

Case No: 1:06-CV-696-MHT
~~2:06-CV-696-MHT~~
2:06 CV 714-MHT

RECEIVED
2006 AUG 31 A 9:34

TO CLERK, U.S. DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

NOTICE OF CHANGE OF ADDRESS

NEW ADDRESS:
ZEPHYRHILLS CORRECTIONAL INSTITUTION
2739 GALL BOULEVARD
ZEPHYRHILLS, FLORIDA 33541-9701

OLD ADDRESS:
APALACHEE CORRECTIONAL INSTITUTION
52 WEST UNIT DRIVE, WEST
SNEADS, FLORIDA 32460

-1-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Comes Now the **Petitioner**, **Howard G. Toole**, in proper person and submits this Notice of Address Change in the above styled cause, effective immediately, and requests that the Clerk file this Notice in the above cause and change all records that will reflect all future mailings in these cases.

THIS NOTICE is respectfully submitted this 25th day of August 2006.

by:

_____
HOWARD G TOOLE, #917683
ZEPHYRHILLS CORR. INST.
2739 GALL BOULEVARD
ZEPHYRHILLS, FLA. 33541-9701

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

## CERTIFICATE OF SERVICE

I HOWARD G TOOLE, PLAINTIFF, Hereby Certify, that a true and correct copy of the foregoing Notice of change of address has been furnished, by UNITED STATES MAIL, Postage Paid, to the Parties Referenced above and below, this 25th day of AUGUST 2006.

Howard Toole
HOWARD G. TOOLE, #917683
ZEPHYRHILLS CORR. INST.
2739 GALL BOULEVARD
ZEPHYRHILLS, FLA. 33541-9701

C.C.
CLERK, UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION
Post OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

-3-