IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683     *

    Petitioner,     *

      v.     *        1:06-CV-696-MHT

JAMES MCDONOUGH, *et al.*,     *

    Respondents.     *

_____

## ORDER ON MOTION

Upon consideration of Petitioner's motion for extension of time, and for good cause, it is ORDERED that

1. Petitioner's motion (Doc. No. 14) be and is hereby GRANTED;

2. Petitioner is GRANTED an extension from September 11, 2006 to September 18, 2006 to comply with the court's August 14, 2006 order.

Done this day 5th day of September 2006.

                                      /s/ Vanzetta Penn McPherson
                                      VANZETTA PENN MCPHERSON
                                      UNITED STATES MAGISTRATE JUDGE