IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 OCT 18  P 2:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| HOWARD GLEN TOOLE, #C 917683 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:06-CV-696-MHT |
| ) | |
| JAMES MCDONOUGH, et al., ) | |
| ) | |
| Respondents. ) | |

**MOTION FOR ADDITIONAL TIME TO RESPOND
TO THE ORDER TO SHOW CAUSE**

Come now the Respondents in the above-styled cause, and move the Court for an additional twenty (20) days in which to respond to the Order issued by this Honorable Court on September 27, 2006 and served on the Attorney General on September 28, 2006, and as grounds for same assign the following:

1. Respondents are presently investigating the allegations of the petition.

2. This case was a recent reassignment and undersigned counsel was unable to locate the appeal listed in Toole's answer to question 9 of his habeas corpus. Counsel discovered that the appeal referred to in question 9 was in fact, a petition for writ of mandamus seeking an out-of-time appeal of his conviction that was dismissed by the Alabama Court of Criminal Appeals on February 23, 2006.

3. It appears at this time the petition could be barred by the one-year period

of limitation of 28 U.S.C. §2244(d).

4. The additional time is needed to locate and retrieve all the records of the State court proceedings, so that a full and adequate response can be made.

5. The additional time will not prejudice the rights of the petitioner.

WHEREFORE, THE PREMISES CONSIDERED, the Respondents pray for an additional twenty (20) days to respond to the Order of this Honorable Court.

Respectfully submitted,

Troy King
*Attorney General*

_____
Daniel W. Madison
*Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify on this 18th day of October, 2006, I served a copy of the foregoing on counsel for Toole, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

Howard G. Toole
Zephyrhills Correctional Institute
2739 Gall Boulevard
Zephyhills, Florida 33541-9701

/s/ Daniel W. Madison
Daniel W. Madison
*Assistant Attorney General*

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, Alabama 36130-0152
(334) 242-7300
193145/Toole
-001