IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE, #C 917683     *

   Petitioner,     *

      v.     *     1:06-CV-696-MHT

JAMES MCDONOUGH, *et al.*,     *

   Respondents.     *

_____

## ORDER ON MOTION

On 18 October, 2006, the respondents filed a Motion for Extension of Time (Doc. No. 21.) Upon review of the motion, the undersigned concludes that the request for additional time to respond to the instant petition shall be granted.

Accordingly, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 21), is GRANTED; and

2. Respondents are GRANTED an extension from October 23, 2006 to November 13, 2006 to file their answer.

DONE this 24th day of October, 2006.

          /s/ Vanzetta Penn McPherson
          VANZETTA PENN MCPHERSON
          UNITED STATES MAGISTRATE JUDGE