IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
ALABAMA

HOWARD G. TOOLE #917683
PETITIONER

V.                                            Case No. 1:06-CV-696-MHT

JAMES MCDONOUGH, et. al.
RESPONDENTS

_____/

NOTICE OF INTENT

Comes now the Petitioner, and gives this his Notice of Intent to file a Response to the STATE OF ALABAMA's Response per, Federal Mailbox Rule.

The Petitioner's Institutional Law Library will be closed due to the Thanksgiving Holidays from Nov. 22 - 24. Legal Mail does not leave the Institution on a weeked. The Petitioner will give his Response to agents of FLORIDA Dept. of Corrections on the 27th of November 2006.

Respectfully submitted, this 22nd day of NOVEMBER, 2006.

-1-

PROVIDED TO ZEPHYRHILLS C.I.
ON 11/22/06 FOR MAILING.

## CERTIFICATE OF SERVICE

I hereby Certify on this 22nd day of NOVEMBER 2006. A TRUE AND CORRECT COPY OF the foregoing Notice of Intent was delivered Officer/agent of the FLORIDA DEPT. OF CORRECTIONS, there upon to be forwarded to all Concerned Parties Referenced below. By UNITED STATES MAIL, POSTAGE Prepaid by Petitioner.

_Howard Toole_
HOWARD G. TOOLE. #917693
ZEPHYRHILLS CORR. INST.
2739 GALL BOULEVARD
ZEPHYRHILLS FLORIDA. 33541-9701

OFFICE OF CLERK OF COURT
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY ALABAMA 36101-0711

STATE OF ALABAMA
OFFICE OF ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY ALABAMA 36130-0152