IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD GLEN TOOLE, <br> #C 917683 <br> <br> Petitioner, <br> <br> vs. <br> <br> JAMES MCDONOUGH, et al., <br> <br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 1:06-CV-00696-MHT <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADDITIONAL TIME TO
## FILE SUPPLEMENTAL ANSWER

Come now the Respondents in the above-styled cause, and move the Court for an additional fourteen (14) days in which to respond to the Order issued by this Honorable Court on December 7, 2006, and as grounds for same assign the following:

1. Undersigned counsel has forwarded a request for the Coffee County Circuit Clerk to provide the case action summary sheets for Toole's Coffee County convictions which would reflect the fact, that to date, Toole has not filed any petitions for post-conviction relief.

2. Undersigned counsel has been involved in other work in federal and state court and the additional time is necessary to respond to Toole's amended petition.

3. The additional time will not prejudice the rights of the petitioner.

WHEREFORE, THE PREMISES CONSIDERED, the Respondents pray for an additional fourteen (14) days to supplement their Answer in Response to the Order of this Honorable Court.

Respectfully submitted,

Troy King – KIN047
*Attorney General*


s/Daniel W. Madison
Daniel W. Madison (MAD)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>27th</u> day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM-ECF participants: <u>Howard G. Toole, Zephyrhills Correctional Facility, 2739 Gall Boulevard, Zephyhills, Florida  33541-9701</u>.

                                                                        s/Daniel W. Madison  
Daniel W. Madison(MAD)  
Office of the Attorney General  
Alabama State House  
11 South Union  
Montgomery, AL  36130-0152  
Telephone: (334) 242-7300  
Fax: (334) 242-2848  
E-Mail: Dmadison@ago.state.al.us

216724/99821-001