IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE,      *
#C 917683
    Petitioner,                     *

    v.                             *         1:06-CV-696-MHT

JAMES MCDONOUGH, *et al.*,    *

    Respondents.           *
_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' motion (Doc. No. 28) is GRANTED; and

2. Respondents are GRANTED an extension from December 27, 2006 to January 10, 2007 to file their supplemental answer as directed by order filed December 7, 2006.

Done, this 5th day of January 2007.

                                      /s/Wallace Capel, Jr.
                                 WALLACE CAPEL, JR.
                                 UNITED STATES MAGISTRATE JUDGE