IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HOWARD GLENN TOOLE,　　　　　*
#C 917683
　　　　Petitioner,　　　　　　　*

　　　　v.　　　　　　　　　　　*　　　1:06-CV-696-MHT
　　　　　　　　　　　　　　　　　　　　(WO)
JAMES MCDONOUGH, *et al.*,　　　*

　　　　Respondents.　　　　　　*

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for appointment of counsel filed on January 25, 2007, and as the court finds no circumstances warranting such action at this time, it is

ORDERED that this motion (Doc. No. 32) be and is hereby DENIED.[1] *See McFarland v. Scott,* 512 U.S. 849, 857 n. 3 (1994) (a petitioner serving a noncapital sentence has no right to appointment of counsel in a habeas proceeding).

To the extent Petitioner's January 25 pleading contains a request for an order directing correctional officials at his present place of incarceration to provide him with a certain minimum amount of time in the prison law library, it is

ORDERED that the motion for court order (Doc. No. 32) be and is hereby DENIED.

Upon consideration of Petitioner's January 25 pleading, also construed as a motion to compel Respondents to provide him with copies of Alabama case law and legal references

---

[1] In the motion, Petitioner asserts that his request for counsel is primarily made for purposes of providing him with "effective utilization of discovery procedures." (Doc. No. 22 at 11.) Petitioner is advised that a habeas petitioner is not entitled to discovery as a matter of ordinary course. *See Bracy v. Gramley,* 520 U.S. 899, 904 (1997).

as contained in their responsive pleadings and any future pleadings, and for good cause, it is

ORDERED that the motion (Doc. No. 32) be and is hereby DENIED. Petitioner may contact the appropriate correctional official concerning his request for legal material.

Done, this 29th day of January 2007.

    /s/Terry Moorer
TERRY MOORER
UNITED STATES MAGISTRATE JUDGE