IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
HOWARD GLEN TOOLE, etc.,    )
                            )
    Petitioner,             )
                            )      CIVIL ACTION NO.
    v.                      )        1:06cv696-MHT
                            )
JAMES McDONOUGH, et al.,    )
                            )
    Respondents.            )
```

### ORDER

It is ORDERED that the motion for de novo reconsideration (Doc. No. 36) is granted.

It is further ORDERED that the objections to the magistrate judge's orders (Doc. No. 36) are overruled.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 20th day of February, 2007.

             /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE