IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN
DIVISION

HOWARD G. TOOLE,
        PETITIONER,

V.                                    CASE NO. 1:06-CV-696-MHT

JAMES McDONOUGH, et al.,
        RESPONDENTS,

_____/

NOTICE OF CHANGE OF ADDRESS

COMES NOW THE PETITIONER, HOWARD G. TOOLE,
PURSUANT TO, FEDERAL RULES CRIMINAL PROCEEDURES,
AND GIVES NOTICE OF CHANGE OF ADDRESS. THIS
NOTICE IS GIVEN TO INFORM THE CLERK OF THE
COURT, AND ALL PARTIES CONCERNED, RESPECTIVELY.

HOWARD G. TOOLE, #917683, H1-105-L
WASHINGTON CORRECTIONAL INSTITUTION
4455 SAM MITCHELL DRIVE
CHIPLEY, FLORIDA 32428.

RESPECTFULLY SUBMITTED, THIS 28th DAY OF JANUARY,
2008.

                          Howard Toole
                HOWARD G. TOOLE, #917683
                          Pro Se

## CERTIFICATE OF SERVICE

I HOWARD G TOOLE, DO HEREBY CERTIFY, THAT A TRUE AND CORRECT HAND WRITTEN COPY OF THE FOREGOING, NOTICE OF CHANGE OF ADDRESS, HAS BEEN FURNISHED, AND DELIVERED BY, U.S. MAIL, TO ALL PARTIES CONCERNED AS SIGNIFIED BELOW. DONE THIS THE 28th DAY OF JANUARY, 2008.

OFFICE OF THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DANIEL W. MADISON
OFFICE OF THE ATTORNEY GENERAL
ALABAMA STATE HOUSE, 11 SOUTH UNION
MONTGOMERY, ALABAMA 36130-0152

CONCERNING, CASE NO. 1:06-CV-696-MHT

Howard Toole

HOWARD G. TOOLE, # 917683, H1-105-L
WASHINGTON CORRECTIONAL INST.
4455 SAM MITCHELL DRIVE
CHIPLEY, FLORIDA 32428

HOWARD TOOLE, #917683, HI-105-L
WASHINGTON CORRECTIONAL INSTITUTION
4455 SAM MITCHELL DRIVE
CHIPLEY, FLORIDA 32428

 

OFFICE OF CLERK OF THE COURT
UNITED STATES DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**PROVIDED TO**
**WASHINGTON CI ON**

JAN 2 8 2008

**FOR MAILING**

3610140711-11 B007